VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*William J. Dolan,* in support of the petition.

*Ralph G. Elliot,* in opposition.

Decided October 12, 2000

STATE OF CONNECTICUT *v.* EUGENE JOSE
MARRERO

*Del Atwell,* special public defender, in support of
the petition.

Decided October 12, 2000

GEORGE A. THOMPSON, TRUSTEE *v.* DAVID
ORCUTT ET AL.

SULLIVAN and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16398.